IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                             Case No. 4:13-cr-00351 KGB

CHARLES MICHAEL AUTRY                                                          DEFENDANT

## ORDER

Pending is the government's motion for revocation of defendant Charles Michael Autry's supervised release and for issuance of a summons for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 9).

The request for issuance of a summons is granted. The Clerk is directed to issue a summons for Mr. Autry to appear before this Court on Tuesday, July 14, 2015, at 10:00 a.m. in Courtroom #4C.

Latrece Gray of the Federal Public Defender's Office is appointed as counsel for Mr. Autry.

It is so ordered this 10th day of June, 2015.

_____
Kristine G. Baker
United States District Judge