IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    Case No.  4:13-cr-00351 KGB

CHARLES MICHAEL AUTRY                                                                 DEFENDANT

## ORDER

The government filed a motion for revocation of defendant Charles Michael Autry's supervised release and for issuance of a summons for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 9).  The Court granted the motion for issuance of a summons and set this matter for a hearing to be conducted July 14, 2015 (Dkt. No. 12).  Mr. Autry now moves the Court to hold in abeyance for 90 days the government's motion to revoke his supervised release (Dkt. No. 14).  The motion states that Mr. Autry admits to the grade C violations and that the government is willing to dismiss the remaining allegations without prejudice, pending resolution of Alabama state criminal charges.

For good cause shown, the Court grants the request to hold the motion to revoke in abeyance and for a continuance of the July 14, 2015, hearing on the motion to revoke.  The Court will continue the hearing on the motion to revoke for 90 days.  The date for the hearing will be set by separate order.

It is so ordered this the 7th day of July, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge