PROB 12B
ED/AR (12/2012)

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 30 2016

JAMES W. McCORMACK, CLERK
By: /mw
DEP CLERK

# United States District Court

## for the

## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Charles Michael Autry | Case Number: | 0860 4:13CR00351-001 |

Name of Sentencing Judicial Officer:  Honorable Henry T. Wingate
Unites States District Judge
Southern District of Mississippi

Transfer of Jurisdiction: November 26, 2013
Honorable Kristine G. Baker
United States District Judge

Original Offense: Conspiracy to Possess With Intent to Distribute MDMA

Date of Sentence: March 23, 2012

Original Sentence: 37 months Bureau of Prisons followed by 3 years of supervised release

Revocation: January 6, 2016: 1 day Bureau of Prisons followed by 9 months supervised release

| | | | |
|---|---|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: | January 25, 2016 | |
| | Date Supervision Expires: | October 10, 2016 | |
| U. S. Probation Officer: Daniel M. Cole | Asst. U.S. Attorney: Julie Peters | Defense Attorney: Latrece Gray | |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:


The defendant will reside and participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, until the expiration of his supervised release on October 10, 2016, and will abide by all the rules and regulations of that facility.

## CAUSE

On January 6, 2016, the defendant's original term of supervised release was revoked and the defendant was ordered to serve one day in jail and 30 days of inpatient substance abuse treatment followed by six months of chemical free living. On February 25, 2016, the defendant completed inpatient treatment and transitioned to the

Prob 12B            - 2 -            Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Charles Michael Autry        Case Number: 0860 4:13CR00351-001

chemical free living facility in Jonesboro, Arkansas. On March 9, 2016, the defendant was discharged from the chemical free living facility due to possessing a valid prescription of hydrocodone. As a result of the defendant's discharge, he cannot return to the men's chemical free living facility. The defendant reported to the probation office as instructed and discussed options that would be beneficial to him until the expiration of his supervised release. The defendant agreed that residing at the residential re-entry center City of Faith in Little Rock, Arkansas, would be a structured environment to hold him accountable and assist him in his treatment needs. Furthermore, the defendant is a registered student and the University of Arkansas Little Rock and moving back to Little Rock, Arkansas, would allow him to continue his education. The probation office consulted with the U.S. Attorney and Federal Public Defender's Offices regarding the modification and there was no objection. As such, it is respectfully requested that the above modification be ordered.

_____  
Daniel M. Cole  
U.S. Probation Officer

Date: March 16, 2016

_____  
Julie Peters  
Assistant U.S. Attorney

Date: 3/28/16

Approved by:

_____  
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action  
☐ The Extension of Supervision as Noted Above  
☒ The Modification of Conditions as Noted Above  
☐ Other

_____  
Signature of Judicial Officer

March 30, 2016  
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Latrece Gray  
    Assistant U.S. Attorney, Julie Peters

Prob 12B                                      - 3 -                              Request for Modifying the
                                                                                 Conditions or Term of Supervision
                                                                                 With Consent of the Offender

Name of Offender: Charles Michael Autry                                          Case Number: 0860 4:13CR00351-001

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will reside and participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, until the expiration of his supervised release on October 10, 2016, and will abide by all the rules and regulations of that facility.

Witness _____  Signed ✗ _____
           (U.S. Probation Officer)                                   (Probationer or Supervised Releasee)

                                                3-15-16
                                                 (Date)